UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/22/06*

| | |
|---|---|
| JAMES ROBERT HARTLEY, NAVELL DONTE ROBINSON<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, SHERIFF'S DEPUTY KEN OWEN, JOHN DOE 1 AKA SHERIFF'S DEPUTY P. MORAN<br><br>Defendants. | Case No. C 04 00130 RMW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>Trial Date: November 6, 2006 |

## I BACKGROUND

This matter is a federal civil rights and excessive force action which arises from a traffic stop on November 15, 2002 in an area of East Palo Alto. Defendant East Palo Alto police officer Toney Canty observed what he suspected was the sale of a control substance by Plaintiffs James Hartley and Navell Robinson. Officer Canty, along with defendant Sheriff's Detectives Owen and Moran (members of the Sheriff's Department's Crime Suppression Unit) and State Parole Agent Gates, assisted in the stop and search of the vehicle driven by Plaintiff Hartley with Plaintiff Robinson as a passenger. Plaintiffs have alleged violations of their civil rights and excessive force against Defendants COUNTY OF SAN MATEO, DEPUTY PATRICK MORAN, DEPUTY KENNETH OWEN, the Estate of JEFF GATES, the city of EAST PALO ALTO, and East Palo Alto police officer TONEY CANTY.

The trial on this matter is scheduled for November 6, 2006. General non-expert discovery closes

Case No C 04 00130 RMW
STIPULATION AND ORDER TO CONTINUE TRIAL

1  August 31, 2006, and expert discovery closes on October 6, 2006. There are two significant conflicts
2  which will interfere with trial preparation and the commencement of the trial itself.
3      First, from now through the beginning of October, 2006, the parties will be conducting additional
4  non-expert and expert discovery. Discovery is ongoing, and a significant volume of discovery will be
5  conducted in the coming months. On August 2, 2006, counsel for Defendants COUNTY OF SAN
6  MATEO, DEPUTY PATRICK MORAN, DEPUTY KENNETH OWEN will undergo major surgery.
7  Accordingly, counsel will be disabled and off work for at least 4-6 weeks at a minimum, will be
8  rehabilitating several weeks thereafter and, as such, he will be unable to proceed on handling this case
9  during this critical trial preparation period. Counsel for COUNTY OF SAN MATEO, DEPUTY
10 PATRICK MORAN, DEPUTY KENNETH OWEN is the assigned chief trial attorney on this case.
11 Having served as counsel for the aforesaid defendants for nearly two years, he is very familiar with the
12 facts and significant legal issues of this case.
13     Second, Defendant PATRICK MORAN will be out of the country at the time of the current trial
14 date until November 10, 2006. Detective Moran's unavailability will also affect the trial preparation and
15 commencement of the trial. Accordingly, given the impending disability of county counsel assigned to
16 the case, and because of the unavailability of Detective Moran at the time of trial, all counsel have agreed
17 to a six month continuance of this matter to at least the middle of May 2007, and have agreed to a similar
18 extension of discovery and other due dates so that counsel for the County defendants will be available to
19 prepare this case for trial. Counsel for plaintiffs is unavailable for March and April 2007, and Counsel for
20 defendants East Palo Alto and Officer Toney Canty are unavailable for February 2007.

21              II. STIPULATION AND REQUEST TO CONTINUE TRIAL
22     All counsel concur that in view of the health concerns of counsel for the county and the county
23 defendants, and because of the unavailability of defendant Patrick Moran, all counsel agree that good
24 cause exists to continue the trial, and that a continuance of the trial date will serve the interests of justice
25 and fairness.
26     All counsel agree to a continuance of the trial to at least May 15, 2007, and further agree to an
27 extension of the discovery cutoff and expert disclosure to at least February, 2007, and an extension of the
28 expert discovery cutoff to at least April, 2007.

|   |   |
|---|---|
| IT IS SO STIPULATED: | |
| Dated: 7/26/06 | *(signature)* Perry Popovich |
| | PERRY D. POPOVICH |
| | Attorney for Plaintiffs |
| | |
| | CLAPP, MORONEY, BELLAGAMBA & VUCINICH |
| Dated: _____ | _____ |
| | JEFFREY VUCINICH |
| | Attorneys for Defendants Toney Canty, City of East Palo Alto |
| | |
| | THOMAS F. CASEY, III, COUNTY COUNSEL |
| Dated: _____ | _____ |
| | V. RAYMOND SWOPE III, Deputy |
| | Attorneys for Defendants Ken Owen, Patrick Moran and County of San Mateo |
| | |
| | STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ATTORNEY GENERAL'S OFFICE |
| Dated: _____ | _____ |
| | TROY B. OVERTON, Deputy Attorney General |
| | Attorneys for Defendants Estate of William "Jeff" Gates (deceased), and Kathleen Gates, Successor in interest to William "Jeff" Gates (deceased) |

IT IS SO ORDERED.

1. Expert disclosures and opinions shall be exchanged on or before _____, 2007.

2. Factual discovery cutoff scheduled for August 31, 2006 shall be continued to shall be continued to _____, 2007

3. Expert discovery cutoff shall be _____, 2007

4. The deadline for hearing dispositive motions on the merits of the action shall be _____, 2007 at 9:00 a.m.

Case No. C 04 00130 RMW 3
STIPULATION AND ORDER TO CONTINUE TRIAL

1

2      IT IS SO STIPULATED:

3

4   Dated: _____                          _____
                                                     PERRY D. POPOVICH
5                                                    Attorney for Plaintiffs

6
                                                     CLAPP, MORONEY, BELLAGAMBA &
7                                                    VUCINICH

8   Dated: _____                          _____
                                                     JEFFREY VUCINICH
9                                                    Attorneys for Defendants Toney Canty, City of East
                                                     Palo Alto
10

11
                                                     THOMAS F. CASEY, III, COUNTY COUNSEL
12
                                                     *[signature]*
13   Dated: 7/31/06                                  _____
                                                     V. RAYMOND SWOPE III, Deputy
14                                                   Attorneys for Defendants Ken Owen, Patrick Moran
                                                     and County of San Mateo
15
                                                     STATE OF CALIFORNIA DEPARTMENT OF
16                                                   JUSTICE, ATTORNEY GENERAL'S OFFICE

17
    Dated: _____                          _____
18                                                   TROY B. OVERTON, Deputy Attorney General
                                                     Attorneys for Defendants Estate of William "Jeff"
19                                                   Gates (deceased), and Kathleen Gates, Successor in
                                                     interest to William "Jeff" Gates (deceased)
20

21  IT IS SO ORDERED.

22  1. Expert disclosures and opinions shall be exchanged on or before _____, 2006.

23  2. Factual discovery cutoff scheduled for August 31, 2006 shall be continued to shall be continued to

24  _____, 2006.

25  3. Expert discovery cutoff shall be _____, 2007.

26  4. The deadline for hearing dispositive motions on the merits of the action shall be _____, 2007 at

27  9:00 a.m.

28

IT IS SO STIPULATED:

Dated: _____

_____
PERRY D. POPOVICH
Attorney for Plaintiffs

CLAPP, MORONEY, BELLAGAMBA & VUCINICH

Dated: 7/27/01

_____
JEFFREY VUCINICH
Attorneys for Defendants Toney Canty, City of East Palo Alto

THOMAS F. CASEY, III, COUNTY COUNSEL

Dated: _____

_____
V. RAYMOND SWOPE III, Deputy
Attorneys for Defendants Ken Owen, Patrick Moran and County of San Mateo

STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ATTORNEY GENERAL'S OFFICE

Dated: _____

_____
TROY B. OVERTON, Deputy Attorney General
Attorneys for Defendants Estate of William "Jeff" Gates (deceased), and Kathleen Gates, Successor in interest to William "Jeff" Gates (deceased)

IT IS SO ORDERED.

1. Expert disclosures and opinions shall be exchanged on or before _____, 2007.

2. Factual discovery cutoff scheduled for August 31, 2006 shall be continued to shall be continued to _____, 2007.

3. Expert discovery cutoff shall be _____, 2007.

4. The deadline for hearing dispositive motions on the merits of the action shall be _____, 2007 at 9:00 a.m.

JUL. 24. 2006 MON 0::14 PM   ATTORNEY GENERAL        FAX No. 4157035588              P. 002/002
Case 5:04-cv-00130-RMW   Document 81   Filed 08/22/06   Page 6 of 6

JUL-24-2006 11:18      SMC COUNTY COUNSEL           650 363 4034     P.05/06

IT IS SO STIPULATED:

Dated: _____

_____
PERRY D. POPOVICH
Attorney for Plaintiffs

CLAPP, MORONEY, BELLAGAMBA &
VUCINICH

Dated: _____

_____
JEFFREY VUCINICH
Attorneys for Defendants Toney Canty, City of East
Palo Alto

THOMAS F. CASEY, III, COUNTY COUNSEL

Dated: _____

_____
V. RAYMOND SWOPE III, Deputy
Attorneys for Defendants Ken Owen, Patrick Moran
and County of San Mateo

STATE OF CALIFORNIA DEPARTMENT OF
JUSTICE, ATTORNEY GENERAL'S OFFICE

Dated: July 24, 2006

_____
TROY B. OVERTON, Deputy Attorney General
Attorneys for Defendants Estate of William "Jeff"
Gates (deceased), and Kathleen Gates, Successor in
interest to William "Jeff" Gates (deceased)

IT IS SO ORDERED.

1. Expert disclosures and opinions shall be exchanged on or before __2/28__, 2007.

2. Factual discovery cutoff scheduled for August 31, 2006 shall be continued to shall be continued to __2/28__, 2007.

3. Expert discovery cutoff shall be __4/30__, 2007.

4. The deadline for hearing dispositive motions on the merits of the action shall be __4/13__, 2007 at 9:00 a.m.   Pretrial Conference shall be 5/10/07 @ 2:00 p.m. Joint Pretrial Statement due 5/4/07. Trial shall be 5/21/07 @ 1:30 p.m.

Case No. C 04 00130 RMW            3
STIPULATION AND ORDER TO CONTINUE TRIAL

Dated: 8/22/06            /s/ Ronald M. Whyte
                          U.S. District Judge