UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

\*E-FILED - 2/28/07\*

| | |
|---|---|
| JAMES ROBERT HARTLEY, NAVELL DONTE ROBINSON, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF SAN MATEO, SHERIFF'S DEPUTY KEN OWEN, JOHN DOE 1 AKA SHERIFF'S DEPUTY P. MORAN, <br><br>Defendants. | Case No. C 04 00130 RMW <br><br>**STIPULATION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES** <br><br>Trial Date: May 21, 2007 |

## I. BACKGROUND

This matter is a federal civil rights and excessive force action which arises from a traffic stop on November 15, 2002 in an area of East Palo Alto. Defendant East Palo Alto police officer Toney Canty observed what he suspected was the sale of a control substance by Plaintiffs James Hartley and Navell Robinson. Officer Canty, along with defendant Sheriff's Detectives Owen and Moran (members of the Sheriff's Department's Crime Suppression Unit) and State Parole Agent Gates, assisted in the stop and search of the vehicle driven by Plaintiff Hartley with Plaintiff Robinson as a passenger. Plaintiffs have alleged violations of their civil rights and excessive force against Defendants COUNTY OF SAN MATEO, DEPUTY PATRICK MORAN, DEPUTY KENNETH OWEN, the Estate of JEFF GATES, the city of EAST PALO ALTO, and East Palo Alto police officer TONEY CANTY.

The trial on this matter is scheduled for May 21, 2007. Pursuant to a stipulation and order entered

August 22, 2006, expert disclosures and opinions are to be exchanged on or before February 28, 2007. However, Deputy County Counsel V. Raymond Swope III, attorney for defendants Ken Owen, Patrik Moran, and the County of San Mateo, is unexpectedly held over in trial the week of February 26, 2007, and he is unable to complete preparation of the expert disclosures on behalf of the San Mateo County defendants. For that reason, he has requested and the parties have agreed to a one-week extension of time for the expert witness disclosures to and including March 7, 2007.

## II. STIPULATION AND REQUEST TO CONTINUE TRIAL

All counsel concur that in view of Mr. Swope's unexpected trial commitment during the week of February 26, 2007, good cause exists to continue the date for expert disclosures and opinions to be exchanged to and including March 7, 2007, and that a continuance of that date will serve the interests of justice and fairness.

IT IS SO STIPULATED:

Dated: 2/27/07

PERRY D. POPOVICH
Attorney for Plaintiffs

CLAPP, MORONEY, BELLAGAMBA & VUCINICH

Dated: _____

JEFFREY VUCINICH
Attorneys for Defendants Toney Canty, City of East Palo Alto

THOMAS F. CASEY, III, COUNTY COUNSEL

Dated: 2/27/07

V. RAYMOND SWOPE III, Deputy
Attorneys for Defendants Ken Owen, Patrick Moran and County of San Mateo

1  August 22, 2006, expert disclosures and opinions are to be exchanged on or before February 28, 2007.
2  However, Deputy County Counsel V. Raymond Swope III, attorney for defendants Ken Owen, Patrick
3  Moran, and the County of San Mateo, is unexpectedly held over in trial the week of February 26, 2007,
4  and he is unable to complete preparation of the expert disclosures on behalf of the San Mateo County
5  defendants. For that reason, he has requested and the parties have agreed to a one-week extension of
6  time for the expert witness disclosures to and including March 7, 2007.

## II. STIPULATION AND REQUEST TO CONTINUE TRIAL

All counsel concur that in view of Mr. Swope's unexpected trial commitment during the week of February 26, 2007, good cause exists to continue the date for expert disclosures and opinions to be exchanged to and including March 7, 2007, and that a continuance of that date will serve the interests of justice and fairness.

**IT IS SO STIPULATED:**

Dated: _____

_____
PERRY D. POPOVICH
Attorney for Plaintiffs

Dated: 2/27/2/*[signature]*

CLAPP, MORONEY, BELLAGAMBA & VUCINICH

_____
JEFFREY VUCINICH
Attorneys for Defendants Toney Canty, City of East Palo Alto

THOMAS F. CASEY, III, COUNTY COUNSEL

Dated: 2/27/07

_____
V. RAYMOND SWOPE III, Deputy
Attorneys for Defendants Ken Owen, Patrick Moran and County of San Mateo

Case No. C 04 00130 RMW                    2

1  August 22, 2006, expert disclosures and opinions are to be exchanged on or before February 28, 2007.
2  However, Deputy County Counsel V. Raymond Swope III, attorney for defendants Ken Owen, Patrik
3  Moran, and the County of San Mateo, is unexpectedly held over in trial the week of February 26, 2007,
4  and he is unable to complete preparation of the expert disclosures on behalf of the San Mateo County
5  defendants. For that reason, he has requested and the parties have agreed to a one-week extension of
6  time for the expert witness disclosures to and including March 7, 2007.

## II. STIPULATION AND REQUEST TO CONTINUE TRIAL

All counsel concur that in view of Mr. Swope's unexpected trial commitment during the week of February 26, 2007, good cause exists to continue the date for expert disclosures and opinions to be exchanged to and including March 7, 2007, and that a continuance of that date will serve the interests of justice and fairness.

**IT IS SO STIPULATED:**

Dated: _____

_____
PERRY D. POPOVICH
Attorney for Plaintiffs


CLAPP, MORONEY, BELLAGAMBA &
VUCINICH

Dated: _____

_____
JEFFREY VUCINICH
Attorneys for Defendants Toney Canty, City of East
Palo Alto


THOMAS F. CASEY, III, COUNTY COUNSEL

Dated: 2/27/07

_____
V. RAYMOND SWOPE III, Deputy
Attorneys for Defendants Ken Owen, Patrick Moran
and County of San Mateo

| | |
|---|---|
| 1 | |
| 2 | STATE OF CALIFORNIA DEPARTMENT OF JUSTICE, ATTORNEY GENERAL'S OFFICE |
| 3 | Dated: 2/27/07 |
| 4 | TROY B. OVERTON, Deputy Attorney General Attorneys for Defendants ~~Estate of William "Jeff" Gates (deceased),~~ and Kathleen Gates, Successor in interest to William "Jeff" Gates (deceased) |

### ORDER

The Court having considered the stipulation of counsel, and

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that expert disclosures and opinions shall be exchanged on or before March 7, 2007.

Dated: 2/28/07

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

L:\LITIGATE\H_CASES\HARTLEY\Pleadings\Stipulation and Order extending time to disclose expertsfinal.doc

Case No. C 04 00130 RMW     3