JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
15 Southgate Avenue, Suite 200
Daly City, CA 94015
(650) 758-1199  FAX (650) 758-2299

Attorneys for Defendants
Toney Canty and City of East Palo Alto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

*E-FILED - 5/9/07*

| | |
|---|---|
| James Robert Hartley, Navell Donte Robinson,<br><br>Plaintiffs,<br><br>v.<br><br>Toney Canty, Jeff Gates, Ken Owen, John De 1 aka P. Moran, a San Mateo County Deputy Sheriff, City of East Palo Alto, County of San Mateo, State of California, Does 2 - 20,<br><br>Defendants. | CASE NO.: C04-00130 ~~JRK~~<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED by and among the parties to this action through their attorneys of record as follows:

1. Plaintiff Navell Donte Robinson's second, third, fourth, fifth, seventh, and eighth causes of action of his Third Amended Complaint against defendants City of East Palo Alto and Toney Canty are dismissed with prejudice.

2. Plaintiff Navell Donte Robinson and defendants City of East Palo Alto and Toney Canty agree to bear their own costs and fees associated with the dismissal of the above referenced causes of action.

3. The parties agree that this stipulation may be signed in counterparts.

STIPULATION AND ~~XXXXXXX~~ ORDER

G:\Data\DOCS\0160\03228\StipDism.3rdAmendedComplaint

IT IS SO STIPULATED.

Dated: 4/30/, 2007         Law Offices Of Perry Popovich

*[signature]*
Perry D. Popovich, Esq.
Attorney for Plaintiffs

Dated: 5/3, 2007            County Counsel

*[signature]*
Raymond Swope, Esq.
Attorneys for County of San Mateo, Sheriff's Deputy Ken Owen, John Doe, aka Sheriff's Deputy P. Moran

Dated: May 3, 2007          Troy B. Overton, Deputy Attorney General

*[signature]*
Troy B. Overton, Esq.
Attorneys for ~~Jeff Gates (deceased), Estate of William Jeff Gates,~~ Kathleen Gates, Successor in Interest to the Estate of William Jeff Gates

Dated: 5/3, 2007            Clapp, Moroney, Bellagamba and Vucinich

*[signature]*
Jeffrey M. Vucinich, Esq.
Attorneys for City of East Palo Alto and Toney Canty

## **ORDER**

The parties having stipulated through their respective counsel, plaintiff Navell Donte Robinson's second, third, fourth, fifth, seventh, and eighth causes of action against defendant City of East Palo Alto and defendant Toney Canty are hereby dismissed with prejudice, with the parties to bear their own costs and fees associated with these causes of action.

IT IS SO ORDERED.

Dated: _5/8_____, 2007          *Ronald M. Whyte*
                                  _____
                                  Ronald M. Whyte
                                  United States District Court
                                  Judge