JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400   FAX (650) 989-5499

Attorneys for Defendants
TONEY CANTY and CITY OF EAST PALO ALTO

*E-FILED - 9/12/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| James Robert Hartley, Navell Donte Robinson,<br><br>Plaintiffs,<br><br>v.<br><br>Toney Canty, Jeff Gates, Ken Owen, John De 1 aka P. Moran, a San Mateo County Deputy Sheriff, City of East Palo Alto, County of San Mateo, State of California, Does 2 - 20,<br><br>Defendants. | CASE NO.: C04-00130 ~~JRK~~ RMW<br><br>**STIPULATION FOR WAIVER OF COSTS PURSUANT TO JUDGMENT IN EXCHANGE FOR WAIVER OF APPEAL RIGHTS** *AND ORDER* |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT defendants TONEY CANTY, CITY OF EAST PALO ALTO, KATHLEEN GATES, successor in interest to William "Jeff" Gates (deceased), KEN OWEN, P. MORAN, and COUNTY OF SAN MATEO, will waive all costs awarded pursuant to the Judgment on the Verdict dated June 28, 2007. In exchange, plaintiffs James Robert Hartley and Navell Donte Robinson agree to waive all rights to appeal the verdict rendered by the jury in this matter.

///

////

| | | |
|---|---|---|
| 1 | DATED: August 9, 2007 | LAW OFFICES OF PERRY D. POPOVICH |
| 2 | | By: /s/ Perry Popovich |
| 3 | | PERRY D. POPOVICH, ESQ. |
| 4 | | Attorneys for Plaintiffs, James Robert Hartley and Navell Donte Robinson |

6  DATED: August ___, 2007     CLAPP, MORONEY, BELLAGAMBA and VUCINICH

                                By: _____
                                    PATRICK R. CO, ESQ.
                                Attorneys for Defendants TONEY CANTY AND CITY OF EAST PALO ALTO

11 DATED: August ___, 2007     OFFICE OF THE ATTORNEY GENERAL, STATE OF CALIFORNIA

                                By: _____
                                    TROY B. OVERTON, ESQ.
                                Attorneys for Defendants KATHLEEN GATES, successor in interest to William "Jeff" Gates (deceased)

17 DATED: August ___, 2007     OFFICE OF COUNTY COUNSEL, COUNTY OF SAN MATEO

                                By: _____
                                    RAYMOND SWOPE, ESQ.
                                Attorneys for Defendants KEN OWEN, P. MORAN, COUNTY OF SAN MATEO

///
///
///

| | |
|---|---|
| DATED: August ___, 2007 | LAW OFFICES OF PERRY D. POPOVICH |
| | By: _____<br>PERRY D. POPOVICH, ESQ.<br>Attorneys for Plaintiffs, James Robert Hartley and Navell Donte Robinson |
| DATED: August 13, 2007 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |
| | By: _____ *(signed)*<br>PATRICK R. CO, ESQ.<br>Attorneys for Defendants TONEY CANTY AND CITY OF EAST PALO ALTO |
| DATED: August ___, 2007 | OFFICE OF THE ATTORNEY GENERAL, STATE OF CALIFORNIA |
| | By: _____<br>TROY B. OVERTON, ESQ.<br>Attorneys for Defendants KATHLEEN GATES, successor in interest to William "Jeff" Gates (deceased) |
| DATED: August ___, 2007 | OFFICE OF COUNTY COUNSEL, COUNTY OF SAN MATEO |
| | By: _____<br>RAYMOND SWOPE, ESQ.<br>Attorneys for Defendants KEN OWEN, P. MORAN, COUNTY OF SAN MATEO |

///
///
///

| | | |
|---|---|---|
| 1 | DATED: August ___, 2007 | LAW OFFICES OF PERRY D. POPOVICH |
| 2 | | |
| 3 | | By: _____<br>PERRY D. POPOVICH, ESQ.<br>Attorneys for Plaintiffs, James Robert Hartley and Navell Donte Robinson |
| 4 | | |
| 5 | | |
| 6 | DATED: August ___, 2007 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |
| 7 | | |
| 8 | | By: _____<br>PATRICK R. CO, ESQ.<br>Attorneys for Defendants TONEY CANTY AND CITY OF EAST PALO ALTO |
| 9 | | |
| 10 | | |
| 11 | DATED: August _8_, 2007 | OFFICE OF THE ATTORNEY GENERAL, STATE OF CALIFORNIA |
| 12 | | |
| 13 | | By: _____/s/_____<br>TROY B. OVERTON, ESQ.<br>Attorneys for Defendants KATHLEEN GATES, successor in interest to William "Jeff" Gates (deceased) |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | DATED: August ___, 2007 | OFFICE OF COUNTY COUNSEL, COUNTY OF SAN MATEO |
| 18 | | |
| 19 | | By: _____<br>RAYMOND SWOPE, ESQ.<br>Attorneys for Defendants KEN OWEN, P. MORAN, COUNTY OF SAN MATEO |
| 20 | | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |

DATED: August ___, 2007   LAW OFFICES OF PERRY D. POPOVICH

By: _____
PERRY D. POPOVICH, ESQ.
Attorneys for Plaintiffs, James Robert Hartley and Nathaniel Robinson

DATED: August ___, 2007   CLAPP, MORONEY, BELLAGAMBA and VUCINICH

By: _____
PATRICK R. CO, ESQ.
Attorneys for Defendants TONEY CANTY AND CITY OF EAST PALO ALTO

DATED: August ___, 2007   OFFICE OF THE ATTORNEY GENERAL, STATE OF CALIFORNIA

By: _____
TROY B. OVERTON, ESQ.
Attorneys for Defendants KATHLEEN GATES, successor in interest to William "Jeff" Gates (deceased)

DATED: August 7, 2007   OFFICE OF COUNTY COUNSEL, COUNTY OF SAN MATEO

By: /s/ Raymond Swope
RAYMOND SWOPE, ESQ.
Attorneys for Defendants KEN OWEN, P. MORAN, COUNTY OF SAN MATEO

///
///
///

STIPULATION FOR WAIVER OF COSTS PURSUANT TO
JUDGMENT IN EXCHANGE FOR WAIVER OF APPEAL RIGHTS 2

C:\Documents and Settings\BReyes\Local Settings\Temporary Internet Files\OLK901\Stip Waive Appeal

## ORDER

IT IS SO ORDERED that defendants TONEY CANTY, CITY OF EAST PALO ALTO, KATHLEEN GATES, successor in interest to William "Jeff" Gates (deceased), KEN OWEN, P. MORAN, and COUNTY OF SAN MATEO waive all costs awarded pursuant to the Judgment on the Verdict and plaintiffs JAMES ROBERT HARTLEY and NAVELL DONTE ROBINSON waive all rights to appeal the verdict rendered by the jury in this matter.

DATED: 9/12/07

*Ronald M. Whyte*

UNITED STATES DISTRICT COURT JUDGE